Ricardo Jose Calderón López
4325 Glencoe Eve., Ste. C9
ATT: General Delivery
Marina Del Rey, C.A. 90292
E-Mail Address:
ricardocalderonlopez@outlook.com
*Pro Se*

**FILED**
CLERK, U.S. DISTRICT COURT
3/7/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICARDO JOSE CALDERÓN LÓPEZ, D/B/A STARLIGHT CONSULTING SERVICES; STARLIGHT ENTERTAINMENT ENTERPRISES, INC.; STARLIGHT MUSIC MANAGEMENT, INC.** **Plaintiffs'** vs. Ketanji Brown Jacson; (DOE) Michael Harvey; Ottis D. Wright II, Dale S. Fischer, Alicia G. Rosemberg, Stephen Wilson, Kandis A. Westmore, Edward J. Davila, Lucy H. Koh, Edward M. Chen, Maxine M. Chesney, Donald L. Graham, in their individual capacities **DEFENDANT(S)** | Case No.: CV22-1562-PA(RAOx) **DEPRIVATION OF RIGHTS** **42 U.SC. § 1983** |

1

**HONORABLE DISTRICT COURT:**

Per **l.r. 3-1, C.A. and D.C. G.C. Code §§§ 815.2, 820.2 2-1404.01 and C.C.P. §§ 1714(a) & 2295** *Pro Se* **28 U.S.C. § 1654** plaintiffs' *See Erickson V. Pardus*, **551 U.S. 89, 94 (2007)(Per Curiam)**; *Metro Gen. Life Ins. Co. V. Ward*, **470 U.S. 809 1985**, define uncer **1 U.S.C. § 1 & 8 U.S.C. § 1402**-move the L.A. Court, pursuant to-**28 U.S.C. §§ 1331(a), 1332 (a)(1) & 42 U.S.C. § 1985(3);** seeking-compensation, caused by on-going **§ 1983** conduct, depriving Due Process Rights & reversal of order(s) *See McAllister V. United States*, **384 U.S. 19 (1954)**, Setting-precedent *See Schweiker V. Chilicky*, **487 U.S. 412 (1988)**; petitioning to be financial compensated, caused by **42 U.S.C. § 1983** conduct from unsupervised-Gov. officer(s), define by **28 U.S.C. § 2671(1)**-abusing their position *See Monroe V. Pape*, **365 U.S. 167 (1961)**; setting personal policies, displaying a pattern of un-Const. conduct **§ 1983**, to defraud the U.S. **18 U.S.C. § 371**. *See Hafer V. Melo*, **502 U.S. 21 (1991)**, *Forrester V. White*, **484 U.S. 219 (1988)**

District Court, the present action-implies on-going **§ 1985(3)** conduct, from-State & Federal Gov. personnel-not doing what they're employed to do *See City of Okl. V. Tuttle*, **417 U.S. 808 (1985)**, while servicing-multiple branches from the-Executive Gov. of the States of **C.A., D.C. & F.L.** *See Gravel V. United States*, **408 U.S. 606 (1972)**; establishing own policies-to cause Const. injury *See United States V. Sanchez*, **992 F.2d 1143, 1152-53 (11th Cir. 1991)**, denying a-citizen(s) **§§ 1, 1402**, becoming-indigent **28 U.S.C. § 1915(a)** of Equal-Statutory Right(s), define by **42 U.S.C. §§ 1981(a), (b**). *See Domino's Pizza V. McDondls*., **546 U.S. 470 (2006),** *Califano V. Torres*, **435 U.S. 1, 4 n.6 (1978)(Per Curiam)**

2

Thus, unsupervised-unknowns, established own policies *See Schweiker V. Chilicky*, impending the movant to pursue-meaningful landlord/tenant action(s), As its own, define by **§ 1654**; provoking the Central Gov. of the U.S. to become a party. *See Heckler V. Edwards*, **465 U.S. 870 (1984)**

On June 24, 2019, per **CFR §§ 404.988(c)(1) & 404.957(c),** citizens, turned-indigent **§§ 1, 1915(a)**, filed claim at the U.S. District Court, servicing the District of Columbia; pursuant to **§ 1331(a)**, including an **I.F.P.** application **(ECF No. 2.)**, alleging-**FRAUD** in the termination of Gov. benefits *See U.S.D.A. V. Murry*, **413 U.S. 508 (1973),** *USDA V. Morrn.*, **413 U.S. 528 (1973);** *Richardson V. Perales,* **420 U.S. 254 (1970);** *Goldberg V. Kelly*, **397 U.S. 254 (1970)**; unable to-access the Court-effectively/efficiently, petitioning **ECF (ECF No. 3.)**. *See Ricardo Jose Calderon Lopez V. Nancy Berryhill*, **No. CV19-01851 KBJ (GMH)**

On July 10, 2019 the assigned judge-Amy Berman Jackson, issued unlawful Order **(ECF No. 5.)-impending** a-citizen **§ 1402** to-access the Court *See Bounds V. Smith*, **430 U.S. 817 (1977)**, blocking the filing of the action; on July 13, 2019 an-assigned Mag. judge-Rudolph Contreras, issuing an order **(ECF No. 7.)-**open to collateral attack, granting **IFP** status **[2.]**, denying **ECF [3.]** *See United States V. Jose*, **519 U.S. 54, 117 S.Ct. 463, 465, 136 L.Ed.2d 364**; thus, ministerial error(s) of Due Process from unsupervised-clerks **§ 2671(1)**, cause the office of the clerk **28 U.S.C. § 2671** to issue-interlocutory orders, dated July 13 & 19, re-assigning the action to the-bias defendants **(Jackson Brown & Michael Harvey)**-failing to follow Reg. **28 U.S.C. §§ 636(c)(1); 636(c)(2)** or case law. *Arizona V. Fulminate.*, **499 U.S. 279, 310 (1991)**, *United States V. Gonzalez-Lopez*, **584 U.S. 140 (2006)**

3

Consequently, on Aug. 20, 2019 plaintiffs' sought partial Rec. **(ECF No. 8.)** of the order **[7.]**-denying **ECF**, issued by judge Contreras *See Hall V. Hall*, **584 U.S.___(2018)**; on the 22nd file motion **(ECF No. 9.)**-declining a Mag. Jurisdiction *See Peretz V. United States*, **501 U.S. 923 (1991)**; the Office of the Clerk **§ 2671**-issuing summons to the subordinate Gov. agency-**SSA (ECF No. 10, 15, 17.)**. *See Griggs V. Provident Consumer Disc. Co.*, **459 U.S. 56 (1982)**, *Mullane V. Centrl. Hanover Bank & Truct*, **339 U.S. 306 (1950)**

However, on August 26, 2019 defendant-G. Michael Harvey-intrudes in the case, issuing order **(ECF No. 11.)**-denying motion, requesting Rec. **(ECF No. 8.)**-a final appealable order **[11.]**, declaring an Act of Congress un-Constitutional, where an-unsupervised-offspring State agency, independent from the Executive branch of the Gov. of the U.S. **42 U.S.C. § 901** became a party. *See Heckler V. Edwards*

On Aug. 29 & Sept. 3, 2019 plaintiffs'-timey requested appellate review **(ECF No. 12, 14.)** of a-final order **[11.]**; filing an amended-notice of appeal **[14.]**, seeking-direct appeal to the U.S. Supreme Court. *See* **USDC-D.C.**, *Ricardo Jose Calderon Lopez V. Saul*, **No. 19-5242**

District Court, the above acts-point to on-going **§ 1985(3)** from defendant-Ketanki Brown Jackson; proof that such as-bias *Sullivan V. Louisiana, Supra,* **508 U.S. 275, 281 (1993)**, *Johnson V. Missisipi.*, **403 U.S. 212 (1971)**, *Chapman V. C.A.*, **386 U.S. 18 (1967)**, aiming to defraud the U.S. **18 U.S.C. § 371** *See United States V. Sanchez*, **992 F.2d 1143, 1152-53 (11th Cir. 1993);** parallel to personnel, servicing the State of C.A., described by justice-Sonia Sotomayor on *Bell Atl. Co. V. Twombly*, **550 U.S. 544 (2007)**.

4

Thus, practices from unknowns, servicing the State(s) of **C.A., D.C., F.L.**, and possibly **P.R.**, deprived-citizens **§§ 1, 1402** of-Protected Right(s), as in *Nixon V. Fitzgerald*, 457 U.S. 731, 102 S.Ct. 2690, 73 L.Ed.2d 349. *See Harolw V. Fitzgerald*, 457 U.S. 80 (1982), *Gravel V. U.S.*, 408 U.S. 606 (1972), *Hemphill V. United States*, 112 F.2d 505 (9th Cir. 1940); plaintiffs' having a-protected right to-Seek & obtain-financial compensation.

Therefore, U.S. Supreme Court nominee, defendant/bias-Ketanji B. Jackson, selected for a-life term in Gov.-abuse discretion, and refuses to follow Reg. or case law, failing to supervise *See City of Oklahoma V. Tuttle* its personnel **§ 636(c)(1)**, allowed-ministerial error of due process **§ 636(c)(2)** *See United States V. Raddatz*, 447 U.S. 667 (1980), *Bucy V. Nevada Const. Co.*, 125 F.2d 213 (9th Cir. 1942), in a similar manner as colleagues **§ 2671(1)**/defendants, *See U.S. Supreme* **Court No. 19-6702, 19-6744, 18-7970, 15-7620; 9th Cir. No.'s 11-55834, 11-55388; 13-57153, 14-55055; 15-56398; 16-55251; 18-55266; 16-17353 [17-15240, 17-15462, 17-16152]; 17-15930; 17-16057; 17-16719; 18-70726; 18-15121; 18-15449; 11th Cir No.'s 11-11318, 20-12474, 21-10206** servicing the U.S. District Courts in-Central & North **C.A., D.C. & Southern F.L.**, with a-common objective **18 U.S.C. § 371**; allowing its un-supervised personnel to-force a Mag. Jurisdiction to unwilling-citizens **§§ 1, 1402**. *See Farretta V. California*, 442 U.S. 800 (1972), *Pacemaker Clinic of America V. Instromedix, Inc.*, 725 F.2d 537 (C.A.9(Or.), 1984)(Per Curiam); displaying unilateral conduct **15 U.S.C. § 2**. *See Bivens V. Unknown Named Fed. Agents of the FBN*, 403 U.S. 388 (1971), *United States V. Ewell*, 383 U.S. 116, 120 (1966)

Moreover, note that on Dec. 10, 2019 and May 25, 2021 defendant-Ketanji Brown Jackson-issued orders-lacking jurisdiction **(ECF No. 14, 19.)** *See Seedman V. U.S. District Court*, **837 F.2d 413, 414 (9th Cir. 1988)**, displaying a-pattern of **§ 1985(3)** conduct-assisted by unknown colleagues-clerk(s) **§ 2671(1),** servicing the U.S. Supreme Court *See* **USDC-D.C.** *Ricardo J. Calderon Lopez V. Johnson et, al.*, **No. CV18-01451**; consequently, defendant Ketanji Brown Jackson, allowed an unlawful R&R **(ECF No. 25.)** from defendant Michael Harvey and *Sua Sponte* dismisses a-meaningful case *See Chute V. Walker,* **281 F.3d 314 (2002),** *Gonzalez Gonzalez V. United States*, **257 F.3d 31, 33 (1st Cir. 2001)**; willfully depriving a-citizens **§§ 1, 1402** of Due Process Rights. *See Screws V. U.S.*, **325 U.S. 91 (1945)**

**Wherefore,** as a cause of on-going **§ 1982(3)** acts, an-objective, rather than a-subjective person, would've known that the action(s) are the movants own; thus, plaintiffs' sustained-injury *See Pyramid Securities V. I.B. Resolution, Inc.*, **726 F. Supp. 1377 (D.D.C. 1989),** *Sonora Dmnd. Co. V. Superior Court*, **83 Cal.App.41 523 (2000)**; per **FRCP, Rules § 60(d)(3)** request to-set aside an reverse order(s) & Judgements-asserting-legal wrong(s) *See People of Puerto Rico V. Shell Co.*, **302 U.S. 253 (1931)**; per **§§ 815.2 & 820.**2 & pursuant to **18 U.S.C. § 1960** plaintiffs' request-financial compensation, from the defendants, in their individual capacities, totaling **$50,000,000.00 (Fifty Million Dollars) Cal. Code of Civil Pr. § 2295** *See Daniels V. Selected Portfolio Services, Inc.*, **(2016), 246 Cal.App.4th 1150, 1178 [201 Cal.Rptr.3d 390]**; reinstating the parties, to the position they occupied-prior to discovering the **FRAUD FRCP, Rules 59(a)(2), 60(b)(3) & 60(b)(6)**, and new-trial **L.R. 59-1.4** against the landlord. *See Standefer V. U.S.*, **447 U.S. 10 (1980)**

**Service of Process:**

I, **Ricardo Jose Calderón López**, hereby certify that on this 7th day of March, 2022, I presented/filed the foregoing with the Office of the Clerk at the United States District Court-Central District of C.A., pursuant **§ 1915(a),** Using the **ECF** service, provided to Pro-Se litigants.

**Ketanji Brown Jackson &**
**(DOE) Michael Harvey**
**333 Constitution Avenue., N.W.**
**Washington, D.C. 20001**

**Ottis D. Wright II,**
**Dale S. Fischer,**
**Dolly M. Gee,**
**Stephen Wilson**
**Alicia G. Rosenberg**
**(DOE) Gandhi**
**350 West, 1st Street**
**Los Angeles, C.A. 90012-4565**

**Edward J. Davila,**
**Lucy H. Koh,**
**Edward M. Chen,**
**Maxine M. Chesney**
**450 Golden Gate Ave.**
**San Francisco, C.A. 94102**

**Donald L. Graham**
**400 N. Miami Ave.**
**Miami, F.L. 33128**

*In Los Angeles, C.A.* 7th day of March, 2022

Ricardo J. Calderón López, d/b/a
**Starlight Consulting Services**
*Pro Se*

7